AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Don Sherrill Maness, III *also known as Jibril Muhammad*,
*Plaintiff*
v.
Warden Charles Mitchell Williams *Warden at Perry Corr. Inst. in his individual and official capacity*; Assoc. Warden Robertson *Associate Warden of Security @ McCormick C.I. in his individual and official capacity*; Assoc. Warden Turner *Associate Warden of Programs @ McCormick C. I. in his/her individual and official capacity*; Classification Green *Head of Classification @ McCormick C. I. in her individual and official capacity*; Captain Stacey Terry *in his/her individual and official capacity*; Brian Sterling *Security Director of SCDC in his individual and official capacity*,
*Defendants*

)
)
)
)
)

Civil Action No.     1:20-cv-01448-DCN

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Don Sherrill Maness, III *also known as Jibril Muhammad,* shall take nothing of the defendants, Warden Charles Mitchell Williams *Warden at Perry Corr. Inst. in his individual and official capacity*, Assoc. Warden Robertson *Associate Warden of Security @ McCormick C.I. in his individual and official capacity*, Assoc. Warden Turner *Associate Warden of Programs @ McCormick C. I. in his/her individual and official capacity*, Classification Green *Head of Classification @ McCormick C. I. in her individual and official capacity*, Captain Stacey Terry *in his/her individual and official capacity* and Brian Sterling *Security Director of SCDC in his individual and official capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable David C. Norton, United States District Judge, presiding, affirmimg with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   January 5, 2021                                                        ROBIN L. BLUME, CLERK OF COURT

                                                                                                    s/L. Baker

                                                                                      *Signature of Clerk or Deputy Clerk*